**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Aileen Lafont          JOINT DEBTOR: _____          CASE NO.: _____
Last Four Digits of SS# 9701          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ____60____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 656.73 for months 1 to 5 ;
    B.    $ 647.62 for months 6 to 60 ;
    C.    $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $3,500.00
                  Total Fee:      $3,500.00
                  Total Paid:     $1,750.00
                  Balance Due:  $1,750.00 payable $350.00/ month (Months 1-5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Catalina Isles Townhomes Assoc.    Arrearage on Petition Date  $ 7,503.00
Address: c/o Siegfried, Rivera, P.A.
         201 Alhambra Circle, 11th Floor    Arrears Payment    $ 125.05 /month (Months 1 to 60 )
         Miami, FL 33134                  Regular Payment  $ 116.00 /month (Months 1 to 60 )
Account No: 60901807

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1 _____          Total Due $_____
_____          Payable $_____ /month (Months __ to __) Regular Payment $_____

Unsecured Creditors:          Pay $ 341.80 /month (Months 6 to 60 )   $ _____ /month (Months ___ to ___ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Homestead Property: 882 SW 153rd Court, Miami, FL 33194**
Debtor is current on her mortgage payments with Select Portfolio Servicing (Acct. No. 7751) and on her property taxes with Miami-Dade Tax Collector and is paying said creditors direct and outside the Chapter 13 Plan.

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Mercy Saladrigas
Mercy Saladrigas, Esq.


Date:  June 16, 2015